## FEDERAL NATIONAL MORTGAGE ASSOCIATION *v.* CRAIG K. NELSEN ET AL.
### (AC 16626)

Dupont, C. J., and Landau and Spear, Js.

Submitted on briefs March 24—officially released April 29, 1997

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting new law days.

## PETER R. LAMPASONA ET AL. *v.* GLENN E. FERGIONE ET AL.
### (AC 16287)

Foti, Spear and Hennessy, Js.

Argued March 20—officially released April 29, 1997

Per Curiam. The judgment is affirmed.

## NEW ENGLAND ROAD, INC. *v.* NERI CONSTRUCTION COMPANY ET AL.
### (AC 16057)

Foti, Spear and Hennessy, Js.

Argued March 20—officially released April 29, 1997

Per Curiam. The judgment is affirmed.